# Federal Defenders
## OF NEW YORK, INC.

Eastern District
16 Court Street-3rd Floor, Brooklyn, NY 11241
Tel: (718) 330-1200 Fax: (718) 855-0760

---

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*



Eastern District
Peter Kirchheimer
*Attorney-in-Charge*

May 18, 2006

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 26 2006 ★

BROOKLYN OFFICE

The Honorable John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE: United States v. Luis Chaparro-Useche, CR 06-14 (JG)**

Your Honor:

I write to request an approximately one month adjournment of Mr. Chaparro's sentencing hearing presently scheduled for Friday, June 9, 2006. I seek the adjournment so that the United States Probation Department may have enough time to finish the pre-sentence report in advance of the sentence date. Due to scheduling conflicts, Mr. Chaparro's pre-sentence interview was not conducted until yesterday, May 17th.

Probation Officer Turton has been advised of this request and does consent.

Thank you for your attention. Please advise.

Respectfully yours,

Heidi C. Cesare, Esq.
Assistant Federal Defender
(718) 330-1257

cc: Clerk of the Court
James Loonam, AUSA
Jamie Turton, USPO

Sentencing adjourned to 7/14/06 @ 2:00 PM

s/John Gleeson