# Federal Defenders
## OF NEW YORK, INC.

Eastern District
16 Court Street-3rd Floor, Brooklyn, NY 11241
Tel: (718) 330-1200 Fax: (718) 855-0760

Leonard F. Joy
*Executive Director and*
*Attorney-in-Chief*

Eastern District
Peter Kirchheimer
*Attorney-in-Charge*

July 10, 2006

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 17 2006 ★
BROOKLYN OFFICE

The Honorable John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: United States V. Luis Chaparro-Useche, CR 06-14 (JG)

Your Honor:

I write to request an adjournment of Mr. Chaparro's sentencing hearing presently scheduled for Friday, July 14, 2006. I seek the adjournment to accommodate a personal scheduling conflict.

James Loonam, AUSA, has been advised of this request and has no objection.

Thank you for your attention. Please advise.

Respectfully yours,

Heidi C. Cesare, Esq.
Assistant Federal Defender
(718) 330-1257

cc: Clerk of the Court (by ECF)
James Loonam, AUSA
Jamie Turton, USPO
Luis Chaparro-Useche

*[Handwritten: Sentence adjourned to 9/11/06 @ 10:30 AM]*

s/John Gleeson

*[Signature stamp: JOHN GLEESON, UNITED STATES DISTRICT JUDGE]*

# Federal Defenders
## OF NEW YORK, INC.

Eastern District
16 Court Street-3rd Floor, Brooklyn, NY 11241
Tel: (718) 330-1200  Fax: (718) 855-0760

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

Eastern District
Peter Kirchheimer
*Attorney-in-Charge*

## FAX COVER SHEET

THE DOCUMENTS ACCOMPANYING THIS TELECOPY TRANSMISSION CONTAIN INFORMATION FROM THE FEDERAL DEFENDER DIVISION WHICH IS CONFIDENTIAL OR PRIVILEGED. THE INFORMATION IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ON THIS TRANSMISSION SHEET. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS TELECOPIED INFORMATION IS PROHIBITED. IF YOU HAVE RECEIVED THIS TELECOPY IN ERROR, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. RECEIPT BY ANYONE OTHER THAN THE INTENDED RECIPIENT IS NOT A WAIVER OF ANY ATTORNEY-CLIENT OR WORK PRODUCT PRIVILEGE.

**FAX TO:** The Honorable John Gleeson.

**FAX NUMBER:** (718) 613-2456

**DATE SENT:** July 10, 2006

**SENDER:** Heidi C. Cesare, Esq.

**NUMBER OF PAGES:** 2  (including this cover sheet)

**RE:** Luis Chapparo-Useche, 06 CR 14 (JG)

**COMMENTS:**

If problems with this transmission occur, please call (718) 330-1200

Fax No: (718) 855-0760